**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ROBERT TED BROWN,**<br>**Defendants,**<br><br>AND<br><br>**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and INTERNAL REVENUE SERVICE,**<br><br>**Defendant/Party-In-Interest** | **CASE NO:** |

## CORPORATE DISCLOSURE STATEMENT

Now comes the Plaintiff, U.S. Bank National Association, as Legal Title Trustee for Truman 2016-SC6 Title Trust and, pursuant to Fed. R. Civ. P. 7.1, states as follows:

1. U.S. Bank National Association, as Legal Title Trustee for Truman 2016-SC6 Title Trust is a national banking association incorporated under the law of the United States under the National Bank Act.

2. U.S. Bank, N.A. has a parent company that is publically traded, Roosevelt Management Company, LLC.

3. There is no publicly held company that owns more than 10% or more Roosevelt Management Company, LLC's stock.

1

Respectfully submitted,

**U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST**
By its attorney,

*/s/ Thomas J. Walsh*
Thomas J. Walsh, Esq. (#5697)
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458
Direct: (617) 558-8461
Fax: (617) 244-7304
twalsh@harmonlaw.com

Dated: May 4, 2021