AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST<br><br>*Plaintiff(s)*<br>v.<br>ROBERT TED BROWN, Defendants, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. et al<br>*Defendant(s)* | Civil Action No. 21cv198 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America, Office of the United States Attorney, District of Rhode Island, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas J. Walsh Esq., Harmon Law Offices, P.C., 150 California Street, Newton, MA 02458

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **May 04, 2021**                    /s/ **Hanorah Tyer-Witek**
                                                            **Clerk of Court**

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE    DISTRICT OF RI
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S.A. OFFICE OF US. ATTORNEY
was received by me on *(date)* 7/20/2021

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* BETHANY WONG, ASST US ATTORNEY, who is
designated by law to accept service of process on behalf of *(name of organization)* U.S.A. OFFICE
OF US ATTORNEY - RI on *(date)* 7-21-2021 @ 1138 am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/21/2021
@ 1138 p

_____
Server's signature

_____
Printed name and title

7 EUA Ln, CRANS, RI
Server's address

Additional information regarding attempted service, etc:

Upon completion, please forward the Original Summonses with the constable's return of service and an invoice for your services. If you have any questions or any problems serving the defendant, do not hesitate to contact me.

Thank you for your assistance.

Very truly yours,

**HARMON LAW OFFICES, P.C.**

Thomas J. Walsh, Esq.

Enclosures

201702-0205