AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST <br><br> *Plaintiff(s)* <br> v. <br> ROBERT TED BROWN, Defendants, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. et al <br> *Defendant(s)* | Civil Action No.  21cv198 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America, United States Department of Justice, Tax Division, Civil Trial Section, Northern Region, P.O. Box 55, Ben Franklin Station, Washington, DC 20044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas J. Walsh Esq., Harmon Law Offices, P.C., 150 California Street, Newton, MA 02458

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **May 04, 2021**                                    /s/ **Hanorah Tver-Witek**
                                                                                  **Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TAX DIV. CIVIL TRIAL SECTION US IRS U.S. DEPT OF JUSTICE P.O. BOX 55 BEN FRANKLIN STATION WASHINGTON, DC

was received by me on *(date)* 8/5/2021

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: MAILED CERTIFIED AND FIRSTCLASS MAIL TO: US IRS U.S. DEPT OF JUSTICE TAX DIV, CIVIL TRIAL SECTION P.O. BOX 55 BEN FRANKLIN STATION WASHINGTON D.C. 20044   CERTIFIED MAIL 7020 1290 0000 2534 4753

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8-6-2021

*Server's signature*

R.I. CONSTABLE # 6063
PAUL G. HUGHES
*Printed name and title*

HUGHES LEGAL SUPPORT
1EUA LANE
CRANSTON, RI 02921
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES INTERNAL REVENUE SERVICE
UNITED STATES DEPARTMENT OF JUSTICE
TAX DIVISION, CIVIL TRIAL SECTION
NORTHERN REGION
P. O. BOX 55 BEN FRANKLIN STATION
WASHINGTON, DC  20044

1:21-CV-00198

U.S. BANK NATIONAL ASOCIATION, AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016-SC6 TITLE TRUST

V.

ROBERT TED BROWN, ET AL.

On this day Deponent completed service by depositing a copy OF SUMMONS IN A CIVIL ACTION AND COMPLAINT TO FORECLOSE MORTGAGE WITH EXHIBITS TO THE ABOVE ADDRESS in a certified mail postage paid, properly addressed envelope (Personal & Confidential) in the custody of the United States Post Office in the State of Rhode Island.

CERTIFIED MAIL:   7020 1290 0000 2534 4753

AUGUST 6, 2021  @9:21 AM

PAUL G. HUGHES

RHODE ISLAND CONSTABLE #6063

On this day Deponent completed service by depositing a copy of THE SUMMONS IN A CIVIL ACTION; COMPLAINT TO FORECLOSE MORTGAGE TO THE ABOVE ADDRESS in a first-class mail postage paid, properly addressed envelope (Personal & Confidential) in the custody of the United States Post Office in the State of Rhode Island

AUGUST 6, 2021 @9:21AM

PAUL G. HUGHES

RHODE ISLAND CONSTABLE #6063

SC-CMS-1 (revised July 2020)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

7020 1290 0000 2534 4753

Certified Mail Fee $3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $3.80

Total Postage and Fees $9.45

Postmark Here
03/06. 2021

Sent To IRS DEPT OF JUSTICE TAX DIV
Street and Apt. No., or PO Box No. P.O. BOX 55 BEN FRANKLIN
City, State, ZIP+4® WASHINGTON, DC 20044

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

IRS
DEPT. OF JUSTICE
TAX DIVISION
P.O BOX 55
BEN FRANKLIN STAT
WASHINGTON, DC 20044

9590 9402 2011 6123 0102 38

7020 1290 0000 2534 4753

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☑ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

AUG 12 REC'D

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PS Form 3811, July 2015 PSN 7530-02-000-9053