AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST <br><br> *Plaintiff(s)* <br> v. <br> ROBERT TED BROWN, Defendants, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. et al <br> *Defendant(s)* | Civil Action No.   21cv198 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America, Office of the United States Attorney General, United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas J. Walsh Esq., Harmon Law Offices, P.C., 150 California Street, Newton, MA 02458

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **May 04, 2021**

/s/ **Hanorah Tyer-Witek**
**Clerk of Court**

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. DEPARTMENT OF JUSTICE U.S., OFFICE OF THE U.S. ATTORNEY GEN.

was received by me on *(date)* 8/5/2021

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: MAILED CERTIFIED AND FIRST CLASS MAIL TO:
U.S. IRS OFFICE of The U.S ATTORNEY GENERAL
U.S. Dept. of JUSTICE
950 PENNSYLVANIA AVE NW   CERTIFIED MAIL:
WASHINGTON, D.C. 20530    7020 1290 0000 2534 4760

My fees are $ SEE ATTACHED for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8-6-2021

Server's signature
R.I. CONSTABLE # 6063
PAUL G. HUGHES
Printed name and title

HUGHES LEGAL SUPPORT
7 EVA LANE
CRANSTON, RI 02921
Server's address

Additional information regarding attempted service, etc:

UNITED STATES INTERNAL REVENUE SERVICE  
OFFICE OF THE UNITED STATES ATTORNEY GENERAL  
UNITED STATES DEPARTMENT OF JUSTICE  
950 PENNSYLVANIA AVE. NW  
WASHINGTON, DC  20530

1:21-CV-00198

U.S. BANK NATIONAL ASOCIATION, AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016-SC6 TITLE TRUST

V.

ROBERT TED BROWN, ET AL.

On this day Deponent completed service by depositing a copy OF SUMMONS IN A CIVIL ACTION AND COMPLAINT TO FORECLOSE MORTGAGE WITH EXHIBITS TO THE ABOVE ADDRESS in a certified mail postage paid, properly addressed envelope (Personal & Confidential) in the custody of the United States Post Office in the State of Rhode Island.

CERTIFIED MAIL:      7020 1290 0000 2534 4760

AUGUST 6, 2021  @9:21 AM

*[signature]*

PAUL G. HUGHES

RHODE ISLAND CONSTABLE #6063

On this day Deponent completed service by depositing a copy of THE SUMMONS IN A CIVIL ACTION; COMPLAINT TO FORECLOSE MORTGAGE TO THE ABOVE ADDRESS in a first-class mail postage paid, properly addressed envelope (Personal & Confidential) in the custody of the United States Post Office in the State of Rhode Island

AUGUST 6, 2021 @9:21AM

*[signature]*

PAUL G. HUGHES

RHODE ISLAND CONSTABLE #6063

SC-CMS-1 (revised July 2020)



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. IRS
   Of f of Attorney Gen
   Dept of Justice
   950 Pennsylvania Ave NW
   Washington DC
   20530

   9590 9402 4761 8344 5668 55

   7020 1290 0000 2534 4760

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X

   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

   Edy Jose

   AUG 1 2 2021

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ on Delivery
   ☐ on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt