# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST, <br>     Plaintiff, <br> v. <br> <br> ROBERT TED BROWN; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and INTERNAL REVENUE SERVICE, <br> <br>     DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No. 1:21-CV-00198-JJM-PAS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF, U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST'S, ENTRY OF APPEARANCE

    I, Rowdy M. Cloud, hereby enter my appearance on behalf of the Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust.

                                                Respectfully submitted,
                                              **PLAINTIFF,**
                                              **U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust,**
                                              By its attorneys,

                                              */s/ Rowdy M. Cloud*_____
                                              Rowdy M. Cloud, Esq. (# 9383)
                                              BENDETT & MCHUGH, P.C.
                                              23 Messenger Street, Second Floor
                                              Plainville, MA 02762
                                              Tel: (508) 919-8638
                                              rcloud@bmpc-law.com

Dated: February 18, 2022

## **CERTIFICATE OF SERVICE**

I, Rowdy M. Cloud, hereby certify that, on this 18th day of February 2022, I caused a copy of the foregoing *Entry of Appearance* to be filed and served via the ECF system on the parties registered to receive electronic service in this matter. I further certify that I caused a copy of said document to be mailed first class, postage prepaid to the following:

Robert Ted Brown
199 Hudson Pond Road
West Greenwich, RI 02817
Mortgage Electronic Registration Systems, Inc.
1901 E. Voorhees Street
Danville, IL 61834

United States Department of the Treasury
United State Department of Justice, Tax Division, Civil Trial Section, Northern Region
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

Office of the United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Office of the United States Attorney, District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Thomas J. Walsh, Esq.
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458

The document is available for viewing and/or downloading from the ECF system.

*/s/ Rowdy M. Cloud*
Rowdy M. Cloud, Esq. (#9383)