# **Exhibit A**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS  LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST<br><br>*Plaintiff(s)*<br>v.<br>ROBERT TED BROWN,<br>Defendants, and<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. et al<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   21cv198<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robert Ted Brown, 199 Hudson Pond Road, West Greenwich, RI 02817

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas J. Walsh Esq., Harmon Law Offices, P.C., 150 California Street, Newton, MA 02458

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **May 04, 2021**

/s/ **Hanorah Tyer-Witek**
**Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ROBERT TED BROWN
was received by me on *(date)* 7/20/2021.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* PAMELA
BROWN , a person of suitable age and discretion who resides there.
on *(date)* 8/5/2021 , and mailed a copy to the individual's last known address; or
                    @ 2:00 Pm
☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/5/2021
     @ 2:00Pr

_____
Server's signature

R.I. CONSTABLE # 6063
PAUL G. HUGHES

_____
Server's address

Additional information regarding attempted service, etc:

# **<u>Exhibit B</u>**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

|  |  |  |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.   21cv198 |
| ROBERT TED BROWN, Defendants, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. et al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mortgage Electronic Registration Systems, Inc., 1818 Library Street, Suite 300, Reston, VA 20190

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas J. Walsh Esq., Harmon Law Offices, P.C., 150 California Street, Newton, MA 02458

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **May 04, 2021**

**/s/ Hanorah Tyer-Witek**
**Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **Mortgage Electronic Registration Systems, Inc.**

was received by me on *(date)*  **9/27/2021**

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  **Melissa Johnson, Associate** , who is

designated by law to accept service of process on behalf of *(name of organization)*  **Mortgage Electronic Registration**

**System, 1901 E Voorhees St, Danville, IL 61834** on *(date)*  **9/27/21 @ 3:33 PM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  **0.00**  .

I declare under penalty of perjury that this information is true.

Date:  **9·29·21**

*Server's signature*

**Winnonna Malivuk / Process Server**
*Printed name and title*

**2100 Manchester Rd Ste 503-2, Wheaton, IL 60187**
*Server's address*

Additional information regarding attempted service, etc:

# **Exhibit C**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS  LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST <br><br> *Plaintiff(s)* <br><br> v. <br><br> ROBERT TED BROWN, Defendants, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) )  Civil Action No.   21cv198 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America, Office of the United States Attorney, District of Rhode Island, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas J. Walsh Esq., Harmon Law Offices, P.C., 150 California Street, Newton, MA 02458

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **May 04, 2021**                                      **/s/ Hanorah Tyer-Witek**
                                                                              **Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*DISTRICT OF RI*

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* *U.S.A. OFFICE OF US. ATTORNEY*
was received by me on *(date)* *7/20/2021*

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* *BETHANY WONG ASST US ATTORNEY* , who is
designated by law to accept service of process on behalf of *(name of organization)* *U.S.A. OFFICE*
*OF US ATTORNEY-RI* on *(date)* *7-21-2021* ; or
*@ 1138 am*

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ *0.00* .

I declare under penalty of perjury that this information is true.

Date: *7/21/2021*
       *@ 1138 r*

_____
*Server's signature*

_____
*Printed name and title*

*7 EUA Ln, CRANS, RI*
*Server's address*

Additional information regarding attempted service, etc:

Upon completion, please forward the Original Summonses with the constable's return of service and an invoice for your services. If you have any questions or any problems serving the defendant, do not hesitate to contact me.

Thank you for your assistance.

Very truly yours,

**HARMON LAW OFFICES, P.C.**

Thomas J. Walsh, Esq.

Enclosures

201702-0205

# **<u>Exhibit D</u>**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS  LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST ) ) ) ) | |
| *Plaintiff(s)* ) | |
| v. ) ) | Civil Action No.    21cv198 |
| ROBERT TED BROWN, Defendants, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. et al ) ) ) ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America, United States Department of Justice, Tax Division, Civil Trial Section, Northern Region, P.O. Box 55, Ben Franklin Station, Washington, DC 20044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Thomas J. Walsh Esq., Harmon Law Offices, P.C., 150 California Street, Newton, MA 02458

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **May 04, 2021**

**/s/ Hanorah Tver-Witek**
**Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

TAX DIV. CIVIL TRIAL SECTION

This summons for *(name of individual and title, if any)* US IRS  US. DEPT OF JUSTICE

was received by me on *(date)*  8/5/2021   P.O. BOX 55
BEN FRANKLIN STATION
WASHINGTON, DC

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)* MAILED CERTIFIED AND FIRSTCLASS MAIL TO:
US IRS  U.S. DEPT OF JUSTICE
TAX DIV, CIVIL TRIAL SECTION
P.O. BOX 55                      CERTIFIED MAIL
BEN FRANKLIN STATION             7020  1290  0000  2534  4753
My fees are $ WASHINGTON D.C. 20044 for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-6-2021        _____
                      *Server's signature*
                      R.I. CONSTABLE # 6063
                      PAUL G. HUGHES
                      *Printed name and title*

                      HUGHES LEGAL SUPPORT
                      7 EVA LANE
                      CRANSTON, RI 02921
                      *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES INTERNAL REVENUE SERVICE Page 1 of 2                  1:21-CV-00198
UNITED STATES DEPARTMENT OF JUSTICE
TAX DIVISION, CIVIL TRIAL SECTION
NORTHERN REGION
P. O. BOX 55 BEN FRANKLIN STATION
WASHINGTON, DC  20044


U.S. BANK NATIONAL ASOCIATION, AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016-SC6 TITLE TRUST

V.

ROBERT TED BROWN, ET AL.

On this day Deponent completed service by depositing a copy OF SUMMONS IN A CIVIL ACTION AND COMPLAINT TO FORECLOSE MORTGAGEWITH EXHIBITS  TO THE ABOVE ADDRESS in a certified mail postage paid, properly addressed envelope (Personal & Confidential) in the custody of the United States Post Office in the State of Rhode Island.

CERTIFIED MAIL:      7020  1290  0000  2534  4753

AUGUST 6, 2021  @9:21 AM

PAUL G. HUGHES

RHODE ISLAND CONSTABLE #6063


On this day Deponent completed service by depositing a copy of THE SUMMONS IN A CIVIL ACTION; COMPLAINT TO FORECLOSE MORTGAGE  TO THE ABOVE ADDRESS in a first-class mail postage paid, properly addressed envelope (Personal & Confidential) in the custody of the United States Post Office in the State of Rhode Island

AUGUST 6, 2021 @9:21AM

PAUL G. HUGHES

RHODE ISLAND CONSTABLE #6063


SC-CMS-1 (revised July 2020)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.60 | |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | Postmark |
| ☐ Return Receipt (electronic) $ | Here |
| ☐ Certified Mail Restricted Delivery $ | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $3.00 | 03/04/2021 |
| Total Postage and Fees 19.45 | |

Sent To  *IRS DEPT OF JUSTICE TAX DIV*
Street and Apt. No., or PO Box No.  *BEN FRANKLIN*
*P.O BOX 55*
City, State, ZIP+4  *WHSITINGTON, DC 20044*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 1290 0000 2534 4753

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

IRS
DEPT. OF DISTRICT
TAX DIVISION
P O BOX 55
BEN FRANKLIN STAT
WASHINGTON DC 20044

9590 9402 2011 6123 0102 38

7020 1290 0000 2534 4753

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☑ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 12 REC'D

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

# USPS Tracking®

FAQs ›

**Track Another Package** +

---

**Tracking Number:** 70201290000025344753

Remove ✕

Your item has been delivered and is available at a PO Box at 11:38 am on August 11, 2021 in WASHINGTON, DC 20004.

USPS Tracking Plus™ Available ⌄

Feedback

## ⊘ Delivered, PO Box

August 11, 2021 at 11:38 am
WASHINGTON, DC 20004

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**August 11, 2021, 11:38 am**
Delivered, PO Box
WASHINGTON, DC 20004
Your item has been delivered and is available at a PO Box at 11:38 am on August 11, 2021 in WASHINGTON, DC 20004.

---

**August 10, 2021**
In Transit to Next Facility

---

**August 7, 2021, 10:37 pm**
Departed USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

---

**August 6, 2021, 10:22 pm**
Arrived at USPS Regional Origin Facility
PROVIDENCE RI DISTRIBUTION CENTER

Feedback

---

**August 6, 2021, 5:04 pm**
Departed Post Office
NARRAGANSETT, RI 02882

---

**August 6, 2021, 9:17 am**
USPS in possession of item
NARRAGANSETT, RI 02882

---

**USPS Tracking Plus™** 

**Product Information**                                                                                    ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# **<u>Exhibit E</u>**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  21cv198 |
| ROBERT TED BROWN, Defendants, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. et al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America, Office of the United States Attorney General, United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Thomas J. Walsh Esq., Harmon Law Offices, P.C., 150 California Street, Newton, MA 02458

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **May 04, 2021**                                            **/s/ Hanorah Tyer-Witek**
                                                                        **Clerk of Court**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U S DEPARTMENT OF JUSTICE
U.S., OFFICE OF THE U.S. ATTORNEY GEN.
was received by me on *(date)*   8/5/2021

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: MAILED CERTIFIED AND FIRST CLASS MAIL TO:
U.S. IRS OFFICE OF THE U.S. ATTORNEY GENERAL
U.S. DEPT. OF JUSTICE
950 PENNSYLUANIA AVE NW    CERTIFIED MAIL:
WASHINGTON, D.C. 20530        7020  1290  0000  2534  4760

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .
SEE ATTACHED

I declare under penalty of perjury that this information is true.

Date: 8-6-2021                           _____
                                              *Server's signature*
                                         R.I. CONSTABLE # 6063
                                         PAUL G. HUGHES
                                         *Printed name and title*

                              HUGHES LEGAL SUPPORT
                              7 EVA LANE
                              CRANSTON, RI 02921
                                         *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES INTERNAL REVENUE SERVICE                    1:21-CV-00198
OFFICE OF THE UNITED STATES ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530


U.S. BANK NATIONAL ASOCIATION, AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016-SC6 TITLE TRUST

V.

ROBERT TED BROWN, ET AL.

On this day Deponent completed service by depositing a copy OF SUMMONS IN A CIVIL ACTION AND COMPLAINT TO FORECLOSE MORTGAGEWITH EXHIBITS  TO THE ABOVE ADDRESS in a certified mail postage paid, properly addressed envelope (Personal & Confidential) in the custody of the United States Post Office in the State of Rhode Island.

CERTIFIED MAIL:     7020 1290 0000 2534 4760

AUGUST 6, 2021  @9:21 AM

PAUL G. HUGHES

RHODE ISLAND CONSTABLE #6063


On this day Deponent completed service by depositing a copy of THE SUMMONS IN A CIVIL ACTION; COMPLAINT TO FORECLOSE MORTGAGE  TO THE ABOVE ADDRESS in a first-class mail postage paid, properly addressed envelope (Personal & Confidential) in the custody of the United States Post Office in the State of Rhode Island

AUGUST 6, 2021 @9:21AM

PAUL G. HUGHES

RHODE ISLAND CONSTABLE #6063


SC-CMS-1 (revised July 2020)



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20534

| Certified Mail Fee | $ | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | Here |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ | |
| Total Postage and Fees | | 03/06/2022 |

Sent To *IRS OFFICE OF ATTORNEY GEN*
Street and Apt. No., or PO Box No. *950 PENNSYLVANIA AVE*
City, State, ZIP+4® *WASHINGTON, DC 20530*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1290 0000 2534 4760

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. IRS
Off OF ATTORNEY GEN
DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC
20530

9590 9402 4761 8344 5668 55

2. Article Number

7020 1290 0000 2534 4760

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

B. Received by (Printed Name)

☐ Agent
☐ Addressee

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

AUG 1 2 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ _n Delivery
☐ _n Delivery Restricted Delivery
   Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

# USPS Tracking®

**FAQs** ›

## Track Another Package ✛

**Tracking Number:** 70201290000025344760                                    Remove ✕

Your item was delivered at 4:52 am on August 12, 2021 in WASHINGTON, DC 20530.

USPS Tracking Plus™ Available ⌄

 **Delivered**

August 12, 2021 at 4:52 am
WASHINGTON, DC 20530

Get Updates ⌄

### Text & Email Updates                                                    ⌄

### Tracking History                                                         ⌃

Feedback

**August 12, 2021, 4:52 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:52 am on August 12, 2021 in WASHINGTON, DC 20530.

---

**August 11, 2021, 10:13 am**
Available for Pickup
WASHINGTON, DC 20530

---

**August 11, 2021, 7:09 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

**August 10, 2021**
In Transit to Next Facility

---

**August 7, 2021, 10:37 pm**
Departed USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

---

**August 6, 2021, 10:20 pm**
Arrived at USPS Regional Origin Facility
PROVIDENCE RI DISTRIBUTION CENTER

---

**August 6, 2021, 5:04 pm**
Departed Post Office
NARRAGANSETT, RI 02882

---

Feedback

**August 6, 2021, 9:21 am**
USPS in possession of item
NARRAGANSETT, RI 02882

---

USPS Tracking Plus™    ⌄

Product Information    ⌄

See Less ∧

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**