**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

U.S. Bank National Association, as Legal Title
Trustee for Truman 2016−SC6 Title Trust
Plaintiff,
v.

Case No.:
1:21−cv−00198−JJM−PAS

Robert Ted Brown, et al.
Defendant.

## **ENTRY OF DEFAULT**

      Upon consideration of the application for entry of default, default is hereby entered against Internal Revenue Service, Mortgage Electronic Registration Systems, Inc., Robert Ted Brown in accordance with Fed. R. Civ. P. 55(a) and L.R. Cv 55(a).

March 18, 2022

By the Court:

/s/ Hanorah Tyer−Witek, Clerk of Court