# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST, <br><br> PLAINTIFF <br> v. <br><br> ROBERT TED BROWN; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and INTERNAL REVENUE SERVICE, <br><br> DEFENDANTS | C.A. No. 1:21-CV-00198-JJM-PAS |

## ORDER

Following review of the Plaintiff's Motion for Default Judgment, there being no objection filed and for good cause shown, it is hereby

**ORDERED, ADJUDGED, and DECREED**

1. The Plaintiff's Motion for Default Judgment is hereby <u>granted</u>;

2. The Plaintiff, U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, its successors and/or assigns is authorized to conduct a public foreclosure sale of the subject property, 199 Hudson Pond Road, West Greenwich, Rhode Island, pursuant to conditions contained in Rhode Island General Laws § 34-27-4, *et seq.*;

3. The Plaintiff shall record a certified copy of this Order and the accompanying Judgment with the Town of West Greenwich Land Evidence Records forthwith;

4. Upon completion of the foreclosure sale, the Plaintiff, its successors and/or assigns, shall file a report of sale for confirmation by the Court to ensure it is commercially reasonable and final adjudication of the Defendants' rights of redemption.

5. The Defendants, Robert Ted Brown, Mortgage Electronic Registration Systems, Inc., and the Internal Revenue Service, may exercise their right to redeem the Plaintiff's mortgage up to the date of the sale.

Entered this 26th day of August, 2022.

ENTER:

_____
John J. McConnell, Jr., Chief Judge

Presented by:
PLAINTIFF,
By its attorneys,

*/s/ Rowdy M. Cloud*_____
Rowdy M. Cloud, Esq. (#9383)
BENDETT & MCHUGH, P.C.
23 Messenger Street, Second Floor
Plainville, MA 02762
Tel: (508) 919-8638
Email: rcloud@bmpc-law.com

Date: August 25, 2022