# EXHIBIT F

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9314710011701153067083

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 1:30 pm on December 26, 2023 in SIMPSONVILLE, SC 29681.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**
SIMPSONVILLE, SC 29681
December 26, 2023, 1:30 pm

**In Transit to Next Facility**
December 25, 2023

**Arrived at USPS Regional Destination Facility**
GREENVILLE SC DISTRIBUTION CENTER
December 23, 2023, 8:56 pm

**Pre-Shipment, USPS Awaiting Item**
December 20, 2023

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ∨ |
|---|---|

| USPS Tracking Plus® | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs