# EXHIBIT A

```
Bk= 633 Pg= 32    RECEIVED FOR RECORD
INST:    69            Feb 02,2023 12:44P
                       West Greenwich, R.I.
QUITCLAIM DEED         KELLY M LATHO
                       TOWN CLERK
```

**ROBERT TED BROWN** of 199 Hudson Pond Road, West Greenwich, Rhode Island 02817 ("Grantor"), for consideration paid, grants all of his right, title and interest to **ROBERT TED BROWN and PAMELA J. BROWN** of 199 Hudson Pond Road, West Greenwich, Rhode Island 02817 ("Grantee"), Husband and Wife as Tenants By the Entirety, with QUIT CLAIM COVENANTS:

That certain lot or parcel of land, with all improvements thereon, identified as 199 Hudson Pond Road, West Greenwich, Rhode Island 02817 and further described in Exhibit "A" attached hereto and incorporated herein.

------------------------------------------------------------

The undersigned certifies compliance with RIGL 44-30-71.3 is not required as this is not a sale and Grantor is a resident of Rhode Island as evidence by affidavit.

This transaction is exempt from the smoke detector/carbon monoxide law.

Consideration for this transfer is such that no tax stamps are required.

Meaning and intending to convey the same property described in a Warranty Deed from Diane Guilmette to Robert Ted Brown recorded May 31, 2006 in Book 318 at page 14 of the West Greenwich Land Evidence Records.

No title search was performed in the preparation of this quitclaim deed.

Tax Assessor's Parcel 045/0004/20

================================================

IN WITNESS WHEREOF, the undersigned has hereunto set his hand and seal this ___27th___ day of January, 2023.

Witness:

_Emily Smith_                                   _Robert Ted Brown_

                                                **ROBERT TED BROWN**

STATE OF _South Carolina_
COUNTY OF _Greenville_

In _Simpsonville, SC_ on the ___27th___ day of January 2023, before me, the undersigned notary public, personally appeared ROBERT TED BROWN, personally known to the notary or proved to the notary through satisfactory evidence of identification, which was a United States of America Passport, to be the person whose name is signed on the preceding or attached document, and acknowledged to notary that he signed it voluntarily for its stated purpose.

_____, Notary Public

Commission Expires: _August 25, 2032_

```
RODRIGO VARGAS-BRAVO
Notary Public - State of South Carolina
My Commission Expires August 25, 2032
```

# EXHIBIT B

Email uploaded in DM as 12.29.23- Email rcvd-Dispute-Robert Brown-w BS responseFrom: Consumer Contact Center

Sent: Friday, December 29, 2023 3:33 PM

To: '███████████' <███████████>

Subject: CW#23-18708/FW: Dispute


Good afternoon,


This is an acknowledgement that our firm has received your correspondence, and it has been forwarded for review.


Thank you for contacting Brock & Scott, PLLC.



From: BrockandScott.com <no-reply@brockandscott.com>

Sent: Friday, December 29, 2023 12:56 PM

To: Consumer Contact Center <Consumercontact@brockandscott.com>

Subject: Dispute


***On 12/29/2023/12:55 pm, Robert Ted Brown with Phone# ███████████ and Email: ███████████, consented to authorizing Brock & Scott, PLLC to communicate with them through and to the email address and phone number they provided. They also confirm they have not opted out of communication through or to the email address or phone number they provided in this form***

The following contact was received from BrockandScott.com. Please take appropriate action to respond.

Reason for Contact: property-loan

Your Name: Robert Ted Brown

Phone: (401) 644-4930

Email: Dispute

Please Select One: Brock Scott File

Loan or Account #:

Brock & Scott File #: 23-18709 FC01

Message: December 27, 2023

Brock & Scott, PLLC

3825 Forrestgate Dr

Winston Salem, NC 27103

RE: Property Address / 199 Hudson Pond Rd / West Greenwich RI / 02817

To whom it may concern:

Please let this serve as my formal notice that the above referenced alleged debt is hereby disputed. Pursuant to your letter dated November 20, 2023, all collection will immediately stop until a resolution is reached. This also refers to the foreclosure that I believe your firm is handling. The dispute arises from the various amounts provided. The principal balance is showing $325,000.00. Amounts throughout this process have varied. I'm not sure what is the correct amount. I need a complete breakdown, plus the interest rate appears to have changed.

Please direct ALL correspondence related to this matter to:

Robert Ted Brown

199 Hudson Pond Rd

West Greenwich, RI 02817

Any other addresses previously used should be immediately removed from your records.

If you have any questions please feel free to contact me at █████████, ███████████, or the physical address mentioned above. I am also in communication with Rushmore regarding a loan modification, as it is my desire to maintain the property for several more years.

Sincerely,

Robert Ted Brown

Consent: consent

# EXHIBIT C

**Rushmore Servicing™**
PO Box 619097
Dallas, TX 75261

01/24/2024

**OUR INFO**
**ONLINE**
www.rushmoreservicing.com

**YOUR INFO**
**LOAN NUMBER**

**PROPERTY ADDRESS**
199 HUDSON POND ROAD
WEST GREENWICH, RI 02817

ROBERT BROWN
199 HUDSON POND RD
WEST GREENWICH, RI 02817-1958

Dear ROBERT BROWN:

We have reviewed your application for mortgage assistance. Please find a summary of the programs for which you were evaluated below, based on the eligibility requirements of U.S. Bank, National Association as legal Title Trustee for Truman 2016 SC6 Title Trust, the owner/guarantor/trustee of your mortgage loan. U.S. Bank, National Association as legal Title Trustee for Truman 2016 SC6 Title Trust requires us to review your application for the options available to you in a certain order. This means that if you are approved for an option higher in the order, you may not qualify for options that are lower down on the list.

Please note that we have reviewed you for options that would allow you to keep the property and for options that would mean that you would not keep the property. Although you may have requested a specific loss mitigation option, we have evaluated you for all other available options to ensure you have sufficient information to make an informed decision.

- **Special Servicing Modification** - Declined

If approved for any options, please note that these options are available only to the named Borrower(s) referenced above. If you have obtained the property through death, divorce, or other means and you qualify as a successor in interest, you may still be eligible for loss mitigation options, but we will need additional information to confirm your identity and ownership interest in the property. Please contact us to discuss your next steps.

Detailed information about the available loss mitigation programs and our analysis of your eligibility are provided below. You may find you are approved, or conditionally approved, for several different options. If you are eligible for more than one option, you may only accept one offer. Please note the deadlines to respond to each offer because if you do not respond in time, we will treat that as a rejection of the offer. To appeal a modification denial, you must appeal by the specified deadline.

Please be sure to read the instructions related to each option carefully. Please note that, unless specified otherwise, the instructions in each section relate only to the option discussed in that section.

**I. Retention Options:** Retention options allow a borrower to continue to make payments and remain in the property.

Rushmore Servicing℠ and Mr. Cooper® are brand names for Nationstar Mortgage LLC.
**Nationstar Mortgage LLC d/b/a Rushmore Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged but is provided for informational purposes only.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



**Rushmore Servicing™**

**A.   Reinstatement:** A reinstatement is a single lump-sum payment to bring the mortgage current by paying all past due
amounts, including amounts paid on a borrower's behalf, if any, as a result of failure to pay the mortgage on time.

**To Reinstate your mortgage, please refer to your Monthly Billing Statement.**

**B.   Modification:** A modification changes the terms of the loan to cure past-due amounts and usually provides for more
affordable payments.

**You were not approved for the following retention option(s).**
You were evaluated for mortgage payment assistance based on the eligibility requirements of U.S. Bank, National Association as legal Title Trustee for Truman 2016 SC6 Title Trust, but were declined for the following program(s).

- **Special Servicing Modification** - Declined

- **Denial Reason:** Investor Not Participating

  We are unable to approve you for this solution because we service the loan on behalf of an investor that has not given us authority to modify the loan under any modification program.

Please note, as the servicer of your loan, we are responsible for responding to any questions related to investor requirements or the review of your request for assistance.

**Right to Appeal**
You have the right to appeal any loan modification denial listed above within 14 calendar days from the date of this notice. The appeal must be in writing, state that you are requesting an appeal of our decision, and must be sent to the mailing address below. You must include in the appeal your name, property address, and mortgage loan number. Please specify the basis for your dispute, and include any documentation you believe is relevant to the appeal, such as property valuation or proof of income.

Rushmore Servicing
Notice of Error/Request for Information
PO Box 619098
Dallas, TX 75261-9741

If you elect to appeal:

- We will provide you a written notice of our appeal decision within 30 calendar days of receiving your appeal. Our appeal decision is final, and not subject to further appeal.
- If you have received another loss mitigation offer, you do not have to accept that offer until resolution of the appeal. If we determine on appeal that you are eligible for a loan modification described above, we will send you an offer for that modification. In that case, you will be given 14 calendar days from the date of the appeal decision to let us know that you intend to accept the current offer or the new modification offer.
- Any unpaid interest, and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on your mortgage during the appeal.

**II. Non-Retention Options:** A non-retention option allows a borrower to transition out of their property without going through foreclosure. Non-retention options include Short Sales or Deeds-In-Lieu (sometimes known as a Mortgage Release).

**A. Short Sale:** This option permits a borrower to sell their home for less than the balance remaining on the mortgage loan. Depending upon applicable law and investor requirements, a borrower may or may not be required to pay funds to reduce the difference between the amount owed and the approved purchase price.

**Rushmore Servicing**™

**B. Deed-in-Lieu/Mortgage Release:** A Deed-in-Lieu, also called a "Mortgage Release," permits a borrower to voluntarily transfer the property to the owner of the mortgage to satisfy some or all of the mortgage debt. Depending upon applicable law and investor requirements, the borrower may be required to pay funds to reduce the difference between the amount owed on the loan and the value of the property being transferred.

### Additional Information Related to All Loss Mitigation Options

A third-party appraisal or other written valuation was developed in connection with your application for loss mitigation. A copy of that valuation was sent to your mailing address. If you did not receive a copy, please contact us directly to request an additional copy.

Visit us on the web at www.rushmoreservicing.com for more information.

**Housing Counselors:**
For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp, the Department of Housing and Urban Development at https://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling 800-569-4287.

**Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.**

If you were denied for any workout option, we may have obtained a credit report or credit score for our evaluation. The consumer reporting agencies that may have provided information, which may have influenced the decision in whole or in part, are listed below. The reporting agencies played no part in the decision and are unable to supply specific reasons why your request for a workout was denied. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to a free copy of your report from the credit reporting agencies, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agencies. Any questions regarding such information should be directed to the credit reporting agencies.

| Reporting Agency | Address | Telephone |
|---|---|---|
| Equifax Information Services LLC | PO Box 740241 Atlanta, GA 30374 | 800-685-1111 |
| Experian | PO Box 2002 Allen, TX 75013 | 888-397-3742 |
| Transunion | PO Box 1000 Chester, PA 19022 | 866-887-2673 |

If you have any questions, your Dedicated Loan Specialist is Sandra Gomez and can be reached at (877)-888-4623 or via mail at PO Box 619097, Dallas, TX 75261. Our hours of operation are Monday through Friday from 8 a.m. to 7 p.m. (CT). Visit us on the web at www.rushmoreservicing.com for more information.

Sincerely,

Rushmore Servicing

(Page 4 of 4)



**Notices of Error:**

If you believe an error has been made with respect to your mortgage loan, you should provide to us in writing the following information: Your name (and the name of the borrower, if you are an authorized third party), the loan account number, and the error you believe has occurred. To submit a notice of error, you must send this information to the following address:

Rushmore Servicing
Notice of Error/Request for Information
PO Box 619098
Dallas, TX 75261-9741

**Requests for Information:**

To request information regarding your account, you should provide to us in writing the following information: Your name (and the name of the borrower, if you are an authorized third party), the loan account number, and the information you are requesting with respect to your mortgage loan. To submit a request for information, you must send this information to the following address:

Rushmore Servicing
Notice of Error/Request for Information
PO Box 619098
Dallas, TX 75261-9741

# EXHIBIT D



**Consumer Hotline**
844-856-6646
**Phone:**
401-217-8701

23 Messenger Street, 2nd Floor, Plainville, MA 02762
ConsumerContact@brockandscott.com
www.brockandscott.com

**Fax:**
401-217-8702

December 19, 2023

Robert Ted Brown
199 Hudson Pond Rd
West Greenwich, RI 02817

Robert Ted Brown
100 Placid Forest Ct
Simpsonville, SC 29681-6576

RE:    199 Hudson Pond Road, West Greenwich, RI 02817
       B&S File No.: 23-18708 FC01

Dear Madam or Sir:

This office has been retained by Mr. Cooper, servicer for U.S. Bank, National Association as legal title trustee for Truman 2016 SC6 Title Trust as successor-in-interest to Mortgage Electronic Registration Systems, Inc. as nominee for New Century Mortgage Corporation, its successors and/or assigns, in connection with the mortgage loan on the above-referenced property.

I have enclosed a copy of a mortgagee's notice of foreclosure sale which indicates that the above-referenced property is to be sold at a foreclosure sale to be held at the time and place set forth therein.

The mortgagee reserves the right to pursue any deficiency remaining after foreclosure, if allowed by law.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU: ARE A DEBTOR IN AN ACTIVE BANKRUPTCY CASE; ARE UNDER THE PROTECTION OF A BANKRUPTCY STAY; OR, HAVE RECEIVED A DISCHARGE IN BANKRUPTCY AND YOU HAVE NOT REAFFIRMED THE DEBT, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND SHOULD NOT BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.**

**NOTICE REGARDING SERVICEMEMBERS' RIGHTS**

NOTE: It should be noted that although the statute provision below refers to a period of nine (9) months after military service, federal law has increased that time period to one (1) year after military service.

**A servicemember on active duty or deployment or who has recently ceased such duty or deployment has certain rights under subsection 34-27-4(d) of the Rhode Island general laws set out below. To protect your rights if you are such a servicemember, you should give written notice to the servicer of the obligation or the attorney conducting the foreclosure, prior to the sale, that you are a servicemember on active duty or deployment or who has recently ceased such duty or deployment. This notice may be given on your behalf by your authorized representative. If you have any questions about this notice, you should consult with an attorney.**

(d) Foreclosure sales affecting servicemembers.-

(1) The following definitions shall apply to this subsection and to subsection (c):

(i) "Servicemember" means a member of the army, navy, air force, marine corps, or coast guard and members of the national guard or reserves called to active duty.

(ii) "Active duty" has the same meaning as the term is defined in 10 U.S.C. sections 12301 through 12304. In the case of a member of the national guard, or reserves "active duty" means and includes service under a call to active service authorized by the president or the secretary of defense for a period of time of more than thirty (30) consecutive days under 32 U.S.C. section 502(f), for the purposes of responding to a national emergency declared by the president and supported by federal funds.

(2) This subsection applies only to an obligation on real and related personal property owned by a service member that:

(i) Originated before the period of the servicemember's military service or in the case of a member of the national guard or reserves originated before being called into active duty and for which the servicemember is still obligated; and

(ii) Is secured by a mortgage or other security in the nature of a mortgage.

(3) Stay of right to foreclose by mortgagee. – Upon receipt of written notice from the mortgagor or mortgagor's authorized representative that the mortgagor is participating in active duty or deployment or that the notice as provided in subsection (c) was received within nine (9) months of completion of active duty or deployment, the mortgagee shall be barred from proceeding with the execution of sale of the property as defined in the notice until such nine (9) month period has lapsed or until the mortgagee obtains court approval in accordance with subdivision (d)(5) below.

(4) Stay of proceedings and adjustment of obligation. – In the event a mortgagee proceeds with foreclosure of the property during, or within nine (9) months after a servicemember's period of active duty or deployment notwithstanding receipt of notice contemplated by subdivision (d)(3) above, the servicemember or his or her authorized representative may file a petition against the mortgagee seeking a stay of such foreclosure, after a hearing on such petition, and on its own motion, the court may:

(i) Stay the proceedings for a period of time as justice and equity require; or

(ii) Adjust the obligation as permitted by federal law to preserve the interests of all parties.

(5) Sale or foreclosure.- A sale, foreclosure or seizure of property for a breach of an obligation of a servicemember who is entitled to the benefits under subsection (d) and who provided the mortgagee with written notice permitted under subdivision (d)(3) shall not be valid if made during, or within nine (9) months after, the period of the servicemember's military service except:

(i) Upon a court order granted before such sale, foreclosure or seizure after hearing on a petition filed by the mortgagee against such servicemember; or

(ii) If made pursuant to an agreement of all parties.

(6) Penalties.- A mortgagee who knowingly makes or causes to be made a sale, foreclosure or seizure of property that is prohibited by subsection (d)(3) shall be fined the sum of one thousand dollars ($1,000), or imprisoned for not more than one year, or both. The remedies and rights provided hereunder are in addition to and do not preclude any remedy for wrongful conversion otherwise available under law to the person claiming relief under this section, including consequential and punitive damages.

(7) Any petition hereunder shall be commenced by action filed in the superior court for the county in which the property subject to the mortgage or other security in the nature of a mortgage is situated. Any hearing on such petition shall be conducted on an expedited basis following such notice and/or discovery as the court deems proper.


                                        Respectfully
                                        Brock & Scott, PLLC


Enclosure
Certified Mail R/R/R
and Regular Mail (copy)

<u>**NOTICE OF MORTGAGEE'S SALE**</u>

199 Hudson Pond Road
West Greenwich, RI 02817

The premises described in the mortgage will be sold, subject to all encumbrances, prior liens and such matters which may constitute valid liens or encumbrances after sale, at public auction on February 16, 2024 at 02:00 PM on the premises by virtue of the power of sale in said mortgage made by Robert Ted Brown, dated May 31, 2006, and recorded in the West Greenwich, Rhode Island Land Evidence Records in Book 318, Page 16, as affected by a Judgment recorded in said Land Evidence Records in Book 629, Page 305, the conditions of said mortgage having been broken.  $5,000.00 in cash, certified or bank check required to bid.  Other terms to be announced at the sale.

Brock & Scott, PLLC
270 Farmington Avenue
Suite 151
Farmington, CT 06032
Attorney for the present
Holder of the Mortgage



**Consumer Hotline**
844-856-6646
**Phone:**
401-217-8701

**23 Messenger Street, 2nd Floor, Plainville, MA 02762**
**ConsumerContact@brockandscott.com**
**www.brockandscott.com**

**Fax:**
401-217-8702

December 19, 2023

TO INTERESTED PARTIES

      RE:     199 Hudson Pond Road, West Greenwich, RI 02817

      File #:  23-18708 FC01

      Enclosed is a copy of a mortgagee's notice of foreclosure sale, which indicates that the above-referenced property is to be sold at a foreclosure sale to be held at the time and place set forth therein.  This notice will appear weekly in Kent County Times starting on January 23, 2024

This notice is being sent to you because a title report indicates that you have an interest in the above-referenced property.

      If you have any questions, please do not hesitate to contact this office.

            Respectfully

            Brock & Scott, PLLC

Enclosure
Certified Mail R/R/R
and Regular Mail (copy)

## <u>NOTICE OF MORTGAGEE'S SALE</u>
199 Hudson Pond Road
West Greenwich, RI 02817

The premises described in the mortgage will be sold, subject to all encumbrances, prior liens and such matters which may constitute valid liens or encumbrances after sale, at public auction on February 16, 2024 at 02:00 PM on the premises by virtue of the power of sale in said mortgage made by Robert Ted Brown, dated May 31, 2006, and recorded in the West Greenwich, Rhode Island Land Evidence Records in Book 318, Page 16, as affected by a Judgment recorded in said Land Evidence Records in Book 629, Page 305, the conditions of said mortgage having been broken. $5,000.00 in cash, certified or bank check required to bid. Other terms to be announced at the sale.

Brock & Scott, PLLC
270 Farmington Avenue
Suite 151
Farmington, CT 06032
Attorney for the present
Holder of the Mortgage

23-18708 FC01

NOTICE OF SALE – INTERESTED PARTIES


Re:    Record Owner:        Robert Ted Brown and Pamela J. Brown
       Property Address:    199 Hudson Pond Road, West Greenwich, RI 02817
       B&S File:            23-18708 FC01


You have received this notice because our records indicate that you are either the present owner, subordinate lienholder, or other interested party.

Pamela J. Brown
199 Hudson Pond Rd.
West Greenwich, RI 02817

Mortgage Electronic Registration Systems, Inc.
P.O. Box 2026
Flint, MI 48501

Arch Mortgage Assurance Company
230 N. Elm Street
Greensboro, NC 27401

Internal Revenue Service
Advisory Consolidated Receipts
7940 Kentucky Drive, Stop 2850F
Florence, KY 41042

Town of West Greenwich
280 Victory Highway
West Greenwich, RI 02817


                              Respectfully,
                              *Brock & Scott, PLLC*

# Invoice



**PLEASE REMIT TO:**
Walz Group, LLC
27398 Via Industria
Temecula, CA 92590-3699

**SOLD TO:**
Brock & Scott, PLLC
ATTN: ACCOUNTS PAYABLE
4550 Country Club Rd
Winston-Salem, NC  27104

| | |
|---|---|
| **Invoice Number:** | ▉▉▉▉ |
| **Invoice Date:** | 12/20/2023 |
| **Customer Number:** | ▉▉▉▉ |
| **Terms:** | Due Upon Receipt |
| **Reference Number:** | 23-18708-FC01 |
| **Servicer/Client:** | Mr. Cooper |

**Property Address:**
199 Hudson Pond Road, West
Greenwich, RI, 02817

| Mail Date | Service Type | Description | Article | Mailing Adress | Postage Price |
|---|---|---|---|---|---|
| 12/19/2023 | Certified | CFCSDRR | 9314710011701153067076 | Robert Ted Brown<br>199 Hudson Pond Rd<br>West Greenwich, RI  02817 | 8.770 |
| 12/19/2023 | Certified | CFCSDRR | 9314710011701153067083 | Robert Ted Brown<br>100 Placid Forest Ct<br>Simpsonville, SC  29681-6576 | 8.770 |
| 12/19/2023 | Certified | CFCSDRR | 9314710011701153067090 | Pamela J. Brown<br>199 Hudson Pond Rd.<br>West Greenwich, RI  02817 | 8.770 |
| 12/19/2023 | Certified | CFCSDRR | 9314710011701153067106 | Arch Mortgage Assurance Company<br>230 N. Elm Street<br>Greensboro, NC  27401 | 8.770 |
| 12/19/2023 | Certified | CFCSDRR | 9314710011701153067113 | Internal Revenue Service<br>Advisory Consolidated Receipts<br>7940 Kentucky Drive, Stop 2850F<br>Florence, KY  41042 | 8.770 |
| 12/19/2023 | Certified | CFCSDRR | 9314710011701153067120 | Mortgage Electronic Registration<br>Systems, Inc.<br>PO BOX 2026<br>FLINT, MI  48501-2026 | 8.770 |
| 12/19/2023 | Certified | CFCSDRR | 9314710011701153067137 | Town of West Greenwich<br>280 Victory Highway<br>West Greenwich, RI  02817 | 8.770 |
| 12/19/2023 | First Class | CFCSDRR | 2386121050 | Occupant(s)<br>199 Hudson Pond Road | 0.630 |



| Mail Date | Service Type | Description | Article | Mailing Adress | Postage Price |
|-----------|--------------|-------------|---------|----------------|---------------|
| | | | | West Greenwich, RI  02817 | |
| 12/19/2023 | First Class | CFCSDRR | 2386110768 | Robert Ted Brown<br>199 Hudson Pond Rd<br>West Greenwich, RI  02817 | 0.870 |
| 12/19/2023 | First Class | CFCSDRR | 2386110769 | Robert Ted Brown<br>100 Placid Forest Ct<br>Simpsonville, SC  29681-6576 | 0.870 |
| 12/19/2023 | First Class | CFCSDRR | 2386110770 | Pamela J. Brown<br>199 Hudson Pond Rd.<br>West Greenwich, RI  02817 | 0.870 |
| 12/19/2023 | First Class | CFCSDRR | 2386110771 | Arch Mortgage Assurance Company<br>230 N. Elm Street<br>Greensboro, NC  27401 | 0.870 |
| 12/19/2023 | First Class | CFCSDRR | 2386110772 | Internal Revenue Service<br>Advisory Consolidated Receipts<br>7940 Kentucky Drive, Stop 2850F<br>Florence, KY  41042 | 0.870 |
| 12/19/2023 | First Class | CFCSDRR | 2386110773 | Mortgage Electronic Registration Systems, Inc.<br>PO BOX 2026<br>FLINT, MI  48501-2026 | 0.870 |
| 12/19/2023 | First Class | CFCSDRR | 2386110774 | Town of West Greenwich<br>280 Victory Highway<br>West Greenwich, RI  02817 | 0.870 |
| 12/19/2023 | Certified | CFCSDRR | 9314710011701153117214 | Occupant(s)<br>199 Hudson Pond Road<br>West Greenwich, RI  02817 | 8.530 |

**Total Postage:**    $76.64

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove** ✕

## 9314710011701153067076

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 3:36 pm on December 26, 2023 in WEST GREENWICH, RI 02817.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WEST GREENWICH, RI 02817
December 26, 2023, 3:36 pm

**Arrived at USPS Regional Destination Facility**
PROVIDENCE RI DISTRIBUTION CENTER
December 25, 2023, 7:50 am

**Pre-Shipment, USPS Awaiting Item**
December 20, 2023

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**See More** ⌄

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove** ✕

## 9314710011701153067083

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 1:30 pm on December 26, 2023 in SIMPSONVILLE, SC 29681.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
SIMPSONVILLE, SC 29681
December 26, 2023, 1:30 pm

**In Transit to Next Facility**
December 25, 2023

**Arrived at USPS Regional Destination Facility**
GREENVILLE SC DISTRIBUTION CENTER
December 23, 2023, 8:56 pm

**Pre-Shipment, USPS Awaiting Item**
December 20, 2023

**Hide Tracking History**

Feedback

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

**See More** ⌄

# USPS Tracking®

FAQs ›

**Tracking Number:**

**Remove** ✕

# 9314710011701153067090

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 3:36 pm on December 26, 2023 in WEST GREENWICH, RI 02817.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Left with Individual**
WEST GREENWICH, RI 02817
December 26, 2023, 3:36 pm

**Arrived at USPS Regional Destination Facility**
PROVIDENCE RI DISTRIBUTION CENTER
December 25, 2023, 7:50 am

**Pre-Shipment, USPS Awaiting Item**
December 20, 2023

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**See More** ⌄

Track Another Package

Enter tracking or barcode numbers

# EXHIBIT E



| HOME | ABOUT VISION | SERVICES | CAMA | TESTIMONIALS | TAXPAYER INFO | CUSTOMER PORTALS | DIGITAL FUTURE OF ASSESSING |



## Property Tax Database :: West Greenwich, RI :: Parcel View

[New Search] [New Municipality]

### Plat/Lot Information

Plat/Lot: 045/0004/20
Location: 199 HUDSON POND RD

**Real Estate Tax:**

The tax information below represents the assessed value of the property multiplied by the tax rate in effect during the specified tax year. Personal exemptions are not included in the tax amounts on this screen. Additionally this screen does not display Frozen Property or Tax Exempt Property adjustments.

To see adjustments to the Tax Bill related to Personal Exemptions, Tax Exempt accounts or Frozen accounts, click on the account number link.

The account number link will also show the quarterly payment amounts for the tax account.

| Account # | Tax Roll | Owner | Land | Building | Total | Tax |
|-----------|----------|-------|------|----------|-------|-----|
| 02-0352-04 | 2020 RP Tng Tax Roll | BROWN ROBERT TED | $140,900 | $239,500 | $380,400 | $9,050.00 |
| 02-0352-04 | 2019 Tax Roll | BROWN ROBERT TED | $119,600 | $227,500 | $347,100 | $8,389.00 |
| 02-0352-04 | 2018 Tax Roll | BROWN ROBERT TED | $119,600 | $227,500 | $347,100 | $8,225.00 |
| 02-0352-04 | 2017 RP Tng Tax Roll | BROWN ROBERT TED | $119,600 | $227,500 | $347,100 | $7,827.00 |
| 02-0352-04 | 2016 Tax Roll | BROWN ROBERT TED | $104,400 | $207,300 | $311,700 | $7,029.00 |
| 02-0352-04 | 2015 Tax Roll | BROWN ROBERT TED | $104,400 | $207,300 | $311,700 | $7,029.00 |
| 02-0352-04 | 2014 Tax Roll | BROWN ROBERT TED | $104,400 | $207,300 | $311,700 | $7,029.00 |

**Sales:**

| Owner | Sale Price | Date | Book/Page |
|-------|-----------|------|-----------|
| BROWN ROBERT TED | $518,000 | 05/31/2006 | 318/14 |

**Characteristics:**

| Tax Roll | Owner | Use | Lot Size |
|----------|-------|-----|----------|
| 2020 RP Tng Tax Roll | BROWN ROBERT TED | Single Family | 5.00 |
| 2019 Tax Roll | BROWN ROBERT TED | Single Family | 5.00 |
| 2018 Tax Roll | BROWN ROBERT TED | Single Family | 5.00 |
| 2017 RP Tng Tax Roll | BROWN ROBERT TED | Single Family | 5.00 |
| 2016 Tax Roll | BROWN ROBERT TED | Single Family | 5.00 |
| 2015 Tax Roll | BROWN ROBERT TED | Single Family | 5.00 |
| 2014 Tax Roll | BROWN ROBERT TED | Single Family | 5.00 |

[New Search]

All information in this site is deemed reliable but not guaranteed. Neither the Municipality nor Vision Government Solutions shall be responsible for any typographical errors, misinformation, and misprints and shall be held totally harmless individually and/or collectively.

(c) 2007 - 2013 VGSI : Vision Government Solutions Inc.



| HOME | ABOUT VISION | SERVICES | CAMA | TESTIMONIALS | TAXPAYER INFO | CUSTOMER PORTALS | DIGITAL FUTURE OF ASSESSING |

 Property Tax Database :: West Greenwich, RI :: Account View

[New Search]  [New Municipality]

### Account Information

Account #: 02-0352-04

The information below represents a summary of the data on this account's Municipal Tax Bill for each of the years indicated. The data is shown as it was originally certified on the Tax Assessor's tax roll. Abatements, payments, transfers and adjustments are not reflected in these figures.

### Tax Bill Summary - 2020 RP Tng Tax Roll

Owner: BROWN ROBERT TED

**Taxable Items:**

| Description | Type | Assessment | Amount of Tax |
|---|---|---|---|
| 045/0004/20 at 199 HUDSON POND RD | Real Estate | $380,400 | $9,049.72 |

**Exemption Information:**

| Exemption Code | Assessment Credit | Tax Credit |
|---|---|---|
| Homestead | $110,316.00 | $ 2,624.42 |

**Payment Schedule:**

| Payment | Due Date | Amount |
|---|---|---|
| 1 | 08/31/2020 | $1,606.34 |
| 2 | 11/30/2020 | $1,606.32 |
| 3 | 02/28/2021 | $1,606.32 |
| 4 | 05/31/2021 | $1,606.32 |
| | Total Bill: | $6,425.30 |

### Tax Bill Summary - 2019 Tax Roll

Owner: BROWN ROBERT TED

**Taxable Items:**

| Description | Type | Assessment | Amount of Tax |
|---|---|---|---|
| 045/0004/20 at 199 HUDSON POND RD | Real Estate | $347,100 | $8,389,41 |

**Exemption Information:**

| Exemption Code | Assessment Credit | Tax Credit |
|---|---|---|
| Homestead | $76,362.00 | $ 1,845.67 |

**Payment Schedule:**

| Payment | Due Date | Amount |
|---|---|---|
| 1 | 08/31/2019 | $1,635.95 |
| 2 | 11/30/2019 | $1,635.93 |
| 3 | 02/29/2020 | $1,635.93 |
| 4 | 05/31/2020 | $1,635.93 |
| | Total Bill: | $6,543.74 |

### Tax Bill Summary - 2018 Tax Roll

Owner: BROWN ROBERT TED

**Taxable Items:**

| Description | Type | Assessment | Amount of Tax |
|---|---|---|---|
| 045/0004/20 at 199 HUDSON POND RD | Real Estate | $347,100 | $8,224.53 |

**Exemption Information:**

| Exemption Code | Assessment Credit | Tax Credit |
|---|---|---|
| Homestead | $76,362.00 | $ 1,809.40 |

**Payment Schedule:**

| Payment | Due Date | Amount |
|---|---|---|
| 1 | 08/31/2018 | $1,603.79 |
| 2 | 11/30/2018 | $1,603.78 |
| 3 | 02/28/2019 | $1,603.78 |
| 4 | 05/31/2019 | $1,603.78 |
| | Total Bill: | $6,415.13 |

## Tax Bill Summary - 2017 RP Tng Tax Roll

Owner: BROWN ROBERT TED

**Taxable Items:**

| Description | Type | Assessment | Amount of Tax |
|---|---|---|---|
| 045/0004/20 at 199 HUDSON POND RD | Real Estate | $347,100 | $7,827.11 |

**Exemption Information:**

| Exemption Code | Assessment Credit | Tax Credit |
|---|---|---|
| Homestead | $76,362,00 | $ 1,721,96 |

**Payment Schedule:**

| Payment | Due Date | Amount |
|---|---|---|
| 1 | 08/31/2017 | $1,526.31 |
| 2 | 11/30/2017 | $1,526.28 |
| 3 | 02/28/2018 | $1,526.28 |
| 4 | 05/31/2018 | $1,526.28 |
| | Total Bill: | $6,105.15 |

## Tax Bill Summary - 2016 Tax Roll

Owner: BROWN ROBERT TED

**Taxable Items:**

| Description | Type | Assessment | Amount of Tax |
|---|---|---|---|
| 045/0004/20 at 199 HUDSON POND RD | Real Estate | $311,700 | $7,028.84 |

**Exemption Information:**

| Exemption Code | Assessment Credit | Tax Credit |
|---|---|---|
| Homestead | $43,638,00 | $ 984,04 |

**Payment Schedule:**

| Payment | Due Date | Amount |
|---|---|---|
| 1 | 08/31/2016 | $1,511.20 |
| 2 | 11/30/2016 | $1,511.20 |
| 3 | 02/28/2017 | $1,511.20 |
| 4 | 05/31/2017 | $1,511.20 |
| | Total Bill: | $6,044.80 |

## Tax Bill Summary - 2015 Tax Roll

Owner: BROWN ROBERT TED

**Taxable Items:**

| Description | Type | Assessment | Amount of Tax |
|---|---|---|---|
| 045/0004/20 at 199 HUDSON POND RD | Real Estate | $311,700 | $7,028.84 |

**Exemption Information:**

| Exemption Code | Assessment Credit | Tax Credit |
|---|---|---|
| Homestead | $43,638,00 | $ 984,04 |

**Payment Schedule:**

| Payment | Due Date | Amount |
|---|---|---|
| 1 | 08/31/2015 | $1,511.20 |
| 2 | 11/30/2015 | $1,511.20 |
| 3 | 02/29/2016 | $1,511.20 |
| 4 | 05/31/2016 | $1,511.20 |
| | Total Bill: | $6,044.80 |

## Tax Bill Summary - 2014 Tax Roll

Owner: BROWN ROBERT TED

**Taxable Items:**

| Description | Type | Assessment | Amount of Tax |
|---|---|---|---|
| 045/0004/20 at 199 HUDSON POND RD | Real Estate | $311,700 | $7,028.84 |

**Exemption Information:**

| Exemption Code | Assessment Credit | Tax Credit |
|---|---|---|
| Homestead | $43,638,00 | $ 984,04 |

**Payment Schedule:**

| Payment | Due Date | Amount |
|---|---|---|
| 1 | 08/31/2014 | $1,511.20 |

| 2 | 11/30/2014 | $1,511.20 |
| 3 | 02/28/2015 | $1,511.20 |
| 4 | 05/31/2015 | $1,511.20 |
| | Total Bill: | $6,044.80 |

## Tax Bill Summary - 2013 Tax Roll

Owner: BROWN ROBERT TED

**Taxable Items:**

| Description | Type | Assessment | Amount of Tax |
|---|---|---|---|
| 045/0004-20 at 199 HUDSON POND RD | Real Estate | $335,300 | $7,561.02 |

**Exemption Information:**

| Exemption Code | Assessment Credit | Tax Credit |
|---|---|---|
| Homestead | $46,942.00 | $ 1,058.54 |

**Payment Schedule:**

| Payment | Due Date | Amount |
|---|---|---|
| 1 | 08/31/2013 | $1,625.62 |
| 2 | 11/30/2013 | $1,625.62 |
| 3 | 02/28/2014 | $1,625.62 |
| 4 | 05/31/2014 | $1,625.62 |
| | Total Bill: | $6,502.48 |

## Tax Bill Summary - 2012 Tax Roll

Owner: BROWN ROBERT TED

**Taxable Items:**

| Description | Type | Assessment | Amount of Tax |
|---|---|---|---|
| 045/0004-20 at 199 HUDSON POND RD | Real Estate | $335,300 | $7,477.19 |

**Exemption Information:**

| Exemption Code | Assessment Credit | Tax Credit |
|---|---|---|
| Homestead | $46,942.00 | $ 1,046.81 |

**Payment Schedule:**

| Payment | Due Date | Amount |
|---|---|---|
| 1 | 08/31/2012 | $1,607.61 |
| 2 | 11/30/2012 | $1,607.59 |
| 3 | 02/28/2013 | $1,607.59 |
| 4 | 05/31/2013 | $1,607.59 |
| | Total Bill: | $6,430.38 |

## Tax Bill Summary - 2011 Tax Roll

Owner: BROWN ROBERT TED

**Taxable Items:**

| Description | Type | Assessment | Amount of Tax |
|---|---|---|---|
| 045/0004-20 at 199 HUDSON POND RD | Real Estate | $335,300 | $7,477.19 |

**Exemption Information:**

| Exemption Code | Assessment Credit | Tax Credit |
|---|---|---|
| Homestead | $46,942.00 | $ 1,046.81 |

**Payment Schedule:**

| Payment | Due Date | Amount |
|---|---|---|
| 1 | 08/31/2011 | $1,607.61 |
| 2 | 11/30/2011 | $1,607.59 |
| 3 | 02/29/2012 | $1,607.59 |
| 4 | 05/31/2012 | $1,607.59 |
| | Total Bill: | $6,430.38 |

## Tax Bill Summary - 2010 Tax Roll

Owner: BROWN ROBERT TED

**Taxable Items:**

| Description | Type | Assessment | Amount of Tax |
|---|---|---|---|
| 045/0004-20 at 199 HUDSON POND RD | Real Estate | $401,600 | $7,525.98 |

**Exemption Information:**

| Exemption Code | Assessment Credit | Tax Credit |
|---|---|---|
| Homestead | $52,208.00 | $ 978.38 |

**Payment Schedule:**

| Payment | Due Date | Amount |
|---|---|---|
| 1 | 08/31/2010 | $1,636,90 |
| 2 | 11/30/2010 | $1,636,90 |
| 3 | 02/28/2011 | $1,636,90 |

| 4 | 05/31/2011 | $1,636.90 |
| | Total Bill: | $6,547,60 |

## Tax Bill Summary - 2009 Tax Roll

Owner: BROWN ROBERT TED

**Taxable Items:**

| Description | Type | Assessment | Amount of Tax |
|---|---|---|---|
| 045/0004-20 at 199 HUDSON POND RD | Real Estate | $401,600 | $7,369,36 |

**Exemption Information:**

| Exemption Code | Assessment Credit | Tax Credit |
|---|---|---|
| Homestead | $52,208.00 | $ 958.02 |

**Payment Schedule:**

| Payment | Due Date | Amount |
|---|---|---|
| 1 | 08/31/2009 | $1,602.85 |
| 2 | 11/30/2009 | $1,602.83 |
| 3 | 02/28/2010 | $1,602.83 |
| 4 | 05/31/2010 | $1,602.83 |
| | Total Bill: | $6,411,34 |

## Tax Bill Summary - 2008 Tax Roll

Owner: BROWN ROBERT TED

**Taxable Items:**

| Description | Type | Assessment | Amount of Tax |
|---|---|---|---|
| 045/0004-20 at 199 HUDSON POND RD | Real Estate | $401,600 | $7,080.21 |

**Exemption Information:**

| Exemption Code | Assessment Credit | Tax Credit |
|---|---|---|
| Homestead | $52,208.00 | $ 920,43 |

**Payment Schedule:**

| Payment | Due Date | Amount |
|---|---|---|
| 1 | 08/31/2008 | $1,539.96 |
| 2 | 11/30/2008 | $1,539.94 |
| 3 | 02/28/2009 | $1,539.94 |
| 4 | 05/31/2009 | $1,539.94 |
| | Total Bill: | $6,159,78 |

## Tax Bill Summary - 2007 Tax Roll

Owner: BROWN ROBERT TED

**Taxable Items:**

| Description | Type | Assessment | Amount of Tax |
|---|---|---|---|
| 045/0004-20 at 199 HUDSON POND RD | Real Estate | $439,000 | $7,717.62 |

**Exemption Information:**

| Exemption Code | Assessment Credit | Tax Credit |
|---|---|---|
| Homestead | $118,530,00 | $ 2,083,76 |

**Payment Schedule:**

| Payment | Due Date | Amount |
|---|---|---|
| 1 | 08/31/2007 | $1,408.48 |
| 2 | 11/30/2007 | $1,408.46 |
| 3 | 02/29/2008 | $1,408.46 |
| 4 | 05/31/2008 | $1,408.46 |
| | Total Bill: | $5,633,86 |

New Search

All information in this site is deemed reliable but not guaranteed. Neither the Municipality nor Vision Government Solutions shall be responsible for any typographical errors, misinformation, and misprints and shall be held totally harmless individually and/or collectively.

(c) 2007 - 2013 VGSI : Vision Government Solutions Inc.