# EXHIBIT A

**Department of State: Division of Corporations**

Allowable Characters

HOME

### Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 6024722 | Incorporation Date / Formation Date: | 6/23/2021 (mm/dd/yyyy) |
| Entity Name: | TRUMAN 2016 SC6 TITLE TRUST | | |
| Entity Kind: | Statutory Trust | Entity Type: | Series |
| Residency: | Domestic | State: | DELAWARE |

#### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | U.S. BANK TRUST NATIONAL ASSOCIATION |
| Address: | 1011 CENTRE ROAD SUITE 203 |
| City: | WILMINGTON |
| County: | New Castle |
| State: | DE |
| Postal Code: | 19805 |
| Phone: | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information

[ Submit ]

[ View Search Results ]    [ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.