# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,**<br><br>**PLAINTIFF,**<br>**v.**<br><br>**ROBERT TED BROWN; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND INTERNAL REVEUNE SERVICE,**<br><br>**DEFENDANT.** | **C.A. No. 21-CV-00198-JJM-PAS** |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES

The Plaintiff, U.S. Bank National Association, as legal title Trustee for Truman 2016 SC6 Title Trust ("Plaintiff"), hereby requests pursuant to Rule 33 of the *Federal Rules of Civil Procedure* that Defendant, Robert Ted Brown ("Defendant"), respond to the following Interrogatories within thirty (30) days after service and return such responses to Plaintiff's undersigned counsel no later than May 9, 2024. Each interrogatory must be answered separately and fully in writing under oath by the Defendant. Any claim for a privilege must assert the type of privilege, the basis for the assertion, and identify the document or information being withheld with sufficient particularity to bring the matter before the Court to obtain a ruling on your claim of privilege.

## DEFINITIONS

1. The terms "Borrower" or "Mortgagor" or "You" or "Your" means the Defendant.

2. The term "Property" or "Subject Property" means the real property located at 199

Hudson Pond Road, West Greenwich, Rhode Island.

3. The term "Mortgage Loan" shall refer to that certain loan account associated with the first mortgage and promissory note granted by the Defendant on or about May 31, 2006 for the original principal sum of four hundred fourteen thousand four hundred dollars ($414,400.00).

4. The term "Loan Servicer" shall refer to the mortgage loan servicer, whether past or present, who is responsible for servicing the Mortgage Loan on behalf of the Plaintiff.

5. The term "Person" shall refer to a natural person, governmental or private agency, association, corporation, partnership, incorporated association, business trust, estate trust, joint venture, and/or representative.

6. The term "Identify," when referring to a person, shall refer to the extent known, the person's full name, and, when referring to a natural person, the person's position and current employment status, if any. Once a person has been identified in accordance with this definition, only the name of the person need be listed in response to subsequent discovery requesting the identification of that person.

7. The term "Document," shall refer to the extent known, any type of document, electronic or physical.

8. The singular shall include the plural and the plural shall include the singular.

## INTERROGATORIES

1. Identify each person who assisted You in compiling the responses to these interrogatories, including their name, mailing address, and telephone number.

**RESPONSE:**

2. For each person identified above, please identify which interrogatory or request for production that person assisted.

**RESPONSE:**

3. Identify any and all communications, including e-mails, text messages, social media posts, or other documents, created or adopted by You from January 1, 2012 to February 11, 2024 that mentions your principal residence, home address, mailing address, or the like, including:

   a. The date of the communication;

   b. The type or method of communication (ie. e-mail, text message, etc.);

   c. A brief description of the intended recipient to that communication, including their name, physical address, telephone number, and social media username;

   d. A brief description of the content of the communication, including the address used to describe your principal residence, home address, mailing address, or the like.

**RESPONSE:**

4. Identify any and all communications, including e-mails, text messages, social media posts, or other documents, created or adopted by You from January 1, 2012 to February 11, 2024 that mentions the default on the Mortgage Loan including:

   a. The date of the communication;

   b. The type or method of communication (ie. e-mail, text message, etc.);

   c. A brief description of the intended recipient to that communication, including their name, physical address, telephone number, and social media username;

    d.  A brief description of the content of the communication, including the address used to describe your principal residence, home address, mailing address, or the like.

**RESPONSE:**

5.  Identify your employment history from January 1, 2012 to February 11, 2024, including:

    a.  The name, address, and telephone number of the business;

    b.  The specific dates you were employed by the business;

    c.  The position(s) and title(s) you held while employed by the business;

    d.  The physical site(s) that you traveled to and from to conduct business; and

    e.  The frequency of travel to these physical site(s).

**RESPONSE:**

6.  Identify the specific date(s) that You moved from Rhode Island to Georgia, including:

    a)  The mailing address(es), unit number(s), suite(s), etc.;

    b)  From whom you purchased and/or leased the Georgia property(ies);

    c)  The date(s) of any lease agreements or oral tenancy agreements;

    d)  Whether the Georgia property(ies) was/were designated as residential or commercial;

    e)  The frequency of your stay(s) at the Georgia property(ies);

    f)  The frequency of your visits to Rhode Island or the Subject Property;

    g)  The date(s) you moved away from the Georgia property(ies).

**RESPONSE:**

7.  Identify the specific date(s) that You moved to South Carolina, including:

    a)  The mailing address(es), unit number(s), suite(s), etc.;

b)  From whom you purchased and/or leased the Georgia property(ies);

c)  The date(s) of any lease agreements or oral tenancy agreements;

d)  Whether the South Carolina property(ies) was/were designated as residential or commercial;

e)  The frequency of your stay(s) at the South Carolina property(ies);

f)  The frequency of your visits to Rhode Island or the Subject Property;

g)  The date(s) you moved away from the South Carolina property(ies).

**RESPONSE:**

8.  Identify your voter registration history from May 31, 2006 to February 11, 2024, including:

a)  The state you were registered to vote in any given year;

b)  The specific date you changed your voter registration;

c)  The address used to update your voter registration;

d)  The type of documentation used to prove your change of address;

e)  Whether you cancelled your voter registration with the prior state; and

f)  Whether or not the state accepted your request for voter registration.

**RESPONSE:**

9.  Identify any and all real property that you have owned solely or jointly from May 31, 2006 to February 11, 2024.

**RESPONSE:**

10. Identify any and all written and/or oral correspondence, including electronic forms of communication, between You and your spouse, Pamela Brown, related to foreclosure of the Property, nonpayment of the Mortgage Loan, or this litigation.

**RESPONSE:**

11. Identify any and all written and/or oral correspondence, including electronic forms of communication, between You and your daughter, Megan Thomas, related to foreclosure of the Property, nonpayment of the Mortgage Loan, or this litigation.

**RESPONSE:**

12. Identify any and all written and/or oral correspondence, including electronic forms of communication, between You and the Plaintiff or the Loan Servicer, including their agents, employees, or attorneys, related to the foreclosure, nonpayment of the Mortgage Loan, this litigation, or any request for loss mitigation, loan modification, or similar resolutions for the Mortgage Loan.

**RESPONSE:**

13. Identify any and all written and/or oral correspondence, including electronic forms of communication, between You and any other Person, related to foreclosure of the Property, nonpayment of the Mortgage Loan, or this litigation.

**RESPONSE:**

14. Identify with specificity all documents, witnesses, or other authority which You intend to rely upon at trial and/or by dispositive motion.

**RESPONSE:**

Respectfully submitted by,
PLAINTIFF,
By their Attorneys,

*/s/ Rowdy M. Cloud*
Rowdy M. Cloud, Esq. (#9383)
Brock and Scott, PLLC
23 Messenger Street, Second Floor
Plainville, MA 02762
Tel: (508) 379-4516
Email: rowdy.cloud@brockandscott.com

Dated: April 9, 2024

## CERTIFICATE OF SERVICE

I hereby certify that, on the 9th day of April, 2024, I caused a copy of the foregoing document to be served via FedEx, postage prepaid and electronic mail to the following:

John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920
Jbelaw75@gmail.com

*/s/ Rowdy M. Cloud*
Rowdy M. Cloud, Esq. (#9383)