**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

U.S. Bank National Association, as Legal Title
Trustee for Truman 2016–SC6 Title Trust
Plaintiff,
v.

Case No.:
1:21–cv–00198–JJM–PAS

Robert Ted Brown, et al.
Defendant.

**PRETRIAL SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. No deadline set for amended pleadings.

2. No deadline set for joinder of parties.

3. All factual discovery shall be completed by January 15, 2026

4. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by February 17, 2026

5. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by March 17, 2026

6. All expert discovery shall be completed by April 17, 2026

7. Dispositive motions shall be filed by May 18, 2026

The parties shall add any known additional defendants or third–party defendants within sixty (60) days of the date of this order.

No discovery motions shall be filed until after the party in good faith tries to resolve the matter with opposing counsel. If that does not resolve the dispute, the party must first have an informal conference with the Court, which can be arranged by contacting the judge's Case Manager at the direct extension listed below.

<u>It is so ordered</u>.

July 16, 2025

By the Court:

/s/ John J. McConnell, Jr.
United States Chief Judge

U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Ryan Jackson 401–752–7213