UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. BANK TRUST NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST

    VS                        21-CV-00198-JJM-PAS

ROBERT TED BROWN ET AL

EMERGENY MOTION TO EXTEND TIME TO FILE RESPONSE TO SUMMARY JUDGMENT MOTI\

    Defendant, Robert Ted Brown, by his attorney moves that this Court extend the time to file his response to the Motion for Summary Judgment until April 3, 2026 or twenty days after any hearing on the Motion to Compel Compliance with FRCP 7.1 and after Plaintiff has provided the documents ordered by Judge Sullivan in the Motion to Compel Production. The Defendant's attorney needs additional time to file due to health issues, namely a nasal surgery on March 6, 2026 and an arthritic hip requiring a hip replacement surgery which has caused difficulties for him since January 2026. He anticipates being on pain medication for at least 5 days after March 6, 2026 and will have limited time outside the home through that time.

    The jurisdictional issues regarding this Delaware Statutory Trust and the Participation Agreement referenced may be dispositive to the jurisdiction in this case. The Participation Agreement was ordered to be provided

1

regarding the jurisdiction of the Court and has not been provided as indicated in the Motion to Compel Compliance with FRCP 7.1 filed today.

Defendant's attorney requested that Plaintiff agree to an extension, which request was rejected.

Wherefore Defendant moves for an emergency extension of time to respond to the Motion for Summary Judgment to April 1, 2026 or twenty days after the Participation Agreement is provided as per the Court Order.

|  |  |
|---|---|
| March 3, 2026 | ROBERT TED BROWN<br>By his Attorney<br>/s/ John B. Ennis<br>JOHN B. ENNIS, ESQ. #2135<br>1200 Reservoir Avenue<br>Cranston, RI 02920<br>(401)943-9230<br>Jbelaw75@gmail.com |

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion to Extend Time was served on all attorneys of record by electronic filing on March 3, 2026

/s/ John B. Ennis

+

Case 1:21-cv-00198-JJM-PAS    Document 44    Filed 03/03/26    Page 3 of 4 PageID #: 1165

Case 1:21-cv-00198-JJM-PAS    Document 44    Filed 03/03/26    Page 4 of 4 PageID #: 1166

4