*** Electronic Recording ***
Doc#: 2014283926
Bk: 45051 Pg: 154 Page: 1 of 3
Recorded: 12/15/2014 01:09 PM
ATTEST: John R. Buckley, Jr. Register
Plymouth County Registry of Deeds



EX 2

Recording Requested by and
When Recorded Return to:
*SECURITY CONNECTIONS, INC.*
*240 TECHNOLOGY DR.*
*IDAHO FALLS, ID 83401*
*(208)552-8317*

Prepared By:
*Erin Jenson*
*Ocwen Loan Servicing, LLC*
*3451 Hammond Avenue*
*Waterloo, IA 50702*

**LIMITED POWER OF ATTORNEY**

UNOFFICIAL COPY

STATE OF IOWA, COUNTY OF BLACK HAWK, SS:

I, ~~Judith A. McCarthy~~ Recorder of said County, hereby certify that this is a true copy of the official document as recorded in the Recorder's Office in Book Page or Document No. 2015 - 000022.78

Judith A. McCarthy, County Recorder

Bk: 45051  Pg: 155

Page 1 of 2

10/30/14
(DATE)

_Judith A. McCarthy_
(Recorder)

After Recording return to:
Attn: Record Services
Ocwen Loan Servicing, LLC
5720 Premier Park Dr Bldg 3
West Palm Beach, FL 33407

Doc ID: 005541800002 Type: GEN
Kind: POWER OF ATTORNEY
Recorded: 08/06/2014 at 08:25:13 AM
Fee Amt: $12.00 Page 1 of 2
Black Hawk County Iowa
JUDITH A MCCARTHY RECORDER

File 2015-00002278

3058

## LIMITED POWER OF ATTORNEY

Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3 (Altisource Residential, L.P.) having its principal place of business at c/o Altisource Asset Management Corporation, 402 Strand Street, Frederiksted, USVI 00840-3531, as Owner (hereinafter called "Owner") hereby appoints Ocwen Loan Servicing, LLC, (hereinafter called "Ocwen"), as its true and lawful attorney-in-fact to act in the name, place and stead of Prior Servicer for the purposes set forth below.

The said attorneys-in-fact, and each of them, are hereby authorized, and empowered, as follows:

1. To execute, acknowledge, seal and deliver deed of trust/mortgage note endorsements, lost note affidavits, assignments of deed of trust/mortgage and other recorded documents, satisfactions/releases/reconveyances of deed of trust/mortgage, subordinations and modifications, tax authority notifications and declarations, deeds, bills of sale, and other instruments of sale, conveyance, and transfer, appropriately completed, with all ordinary or necessary endorsements, acknowledgments, affidavits, and supporting documents as may be necessary or appropriate to effect its execution, delivery, conveyance, recordation or filing.

2. To execute and deliver insurance filings and claims, affidavits of debt, substitutions of trustee, substitutions of counsel, non-military affidavits, notices of rescission, foreclosure deeds, transfer tax affidavits, affidavits of merit, verifications of complaints, notices to quit, bankruptcy declarations for the purpose of filing motions to lift stays, and other documents or notice filings on behalf of Owner in connection with insurance, foreclosure, bankruptcy and eviction actions.

3. To endorse any checks or other instruments received by Ocwen and made payable to Owner.

4. To pursue any deficiency, debt or other obligation, secured or unsecured, including but not limited to those arising from foreclosure or other sale, promissory note or check. This power also authorizes Ocwen to collect, negotiate or otherwise settle any deficiency claim, including interest and attorney's fees.

5. To do any other act or complete any other document that arises in the normal course of servicing of all Mortgage Loans and REO Properties, as defined in, and subject to the terms of, the Servicing Agreement, by and between Ocwen Mortgage Servicing, Inc. and the Owner, dated as of December 21, 2012 as such agreement may be amended from time to time.

6. To defend owner in actions and to bring affirmative actions on owner's behalf, provided that the defense and affirmative actions are undertaken in the best interests of the owner.

(12)

File Number: 2015-00002278  Seq: 1

UNOFFICIAL COPY



In the event of any conflict between the terms of the Servicing Agreement and the terms hereof, the provisions of the Servicing Agreement shall control, and this Limited Power of Attorney does not constitute a waiver of any provisions of the Servicing Agreement.

By: Altisource Residential, L.P., Administrator of the Trust Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3

Dated: November 20th , 2013

Witness:

Name: Stephen H. Gray
Title: General Counsel & Secretary

Name: Evan Huyette-Arrizza

Name: Matthew Sangiuolo

State of ___Florida___ ),

County of ___Palm Beach___ )

BEFORE ME, ___Diego Gonzalez___, a Notary Public in and for the jurisdiction aforesaid, on this 20th day of ___November___, 2013, personally appeared ___Stephen H. Gray___ and who is personally known to me (or sufficiently proven) to be a ___General Counsel & Secretary___ of Altisource Residential, L.P., Administrator of the Trust, Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3 as Owner and the person who executed the foregoing instrument by virtue of the authority vested in him/her and he/she did acknowledge the signing of the foregoing instrument to be his/her free and voluntary act and deed as a ___authorized signer___ for the uses, purposes and consideration therein set forth.

Witness my hand and official seal this 20th day of ___November___, 2013.

My Commission Expires:

NOTARY STAMP

Notary Public State of Florida
Diego Gonzalez
My Commission EE128214
Expires 09/07/2015

File Number: 2015-00002278 Seq: 2

UNOFFICIAL COPY